UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------

BREVET HOLDINGS, LLC et al,

            Plaintiffs,

           -against-

ENASCOR, LLC et ano,

           Defendants.

---------------------------------

21cv1540

SCHEDULING ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        Having received the parties' letter submissions dated, March 12, 2021, (ECF No. 12), and March 19, 2021, (ECF No. 13), the parties shall appear for a telephonic pre-motion conference on March 26, 2021 at 11:00 a.m. The dial-in number is (888) 363-4749, and the access code is 3070580.

Dated: March 23, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.