April 29, 2021

By ECF

> Application granted. Per this Court's Individual Rules, Plaintiffs shall file a letter explaining the need to seal or redact within three days.
>
> SO ORDERED:
>
> *[signature]*
>
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> Dated: April 30, 2021
> New York, New York

The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Brevet Holdings, LLC v. Enascor, LLC*, No. 21-cv-1540-WHP (S.D.N.Y.)

Dear Judge Pauley:

Pursuant to Rule V.B of Your Honor's Individual Practices, I write on behalf of Defendants to request permission to file under temporary seal certain documents in support of Defendants' motion to dismiss, scheduled to be submitted tomorrow.

Defendants intend to exhibit certain documents Plaintiffs contend are confidential and warrant sealing. The Complaint describes but does not attach copies of the documents. *E.g.*, Dkt. 28 ¶¶ 21, 26, 28-31.

Although Defendants do not believe the materials warrant sealing, we make this request in the interest of affording Plaintiffs the opportunity to file a motion for longer-term sealing, to which motion Defendants will respond in due course. In accordance with Rule V.B of your Honor's Individual Practices, we have notified Plaintiffs of their obligation to file a letter within three days explaining the need to seal the materials.

We thank the Court for its consideration of this request.

Respectfully,

/s/ *Jason Cyrulnik*

Jason Cyrulnik

cc: Counsel of Record (via ECF)