UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

BREVET HOLDINGS, LLC et al,

           Plaintiffs,

    -against-

ENASCOR, LLC et ano,

           Defendants.

----------------------------------------

21cv1540

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        The oral argument, currently scheduled for July 6, 2021 at 2:30 p.m., is hereby adjourned sine die.

        Further, the parties are directed to file supplemental letter memoranda (not exceeding three pages) by July 6, 2021 concerning the following questions:

(1) Whether limited third-party disclosure with a confidentiality statement, as opposed to full public disclosure, defeats confidentiality as a matter of law.

(2) Whether the parties believe Brevet's misappropriation claim can survive if this Court finds that the contested materials are not confidential.

(3) Whether, if this Court finds that the contested materials are not confidential, Brevet's misappropriation claims involve conduct beyond copying, and whether such allegations are sufficient to defeat preemption under the Copyright Act.

Dated: June 25, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.