**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BREVET HOLDINGS, LLC et al.,

                        Plaintiffs,                  **21-CV-1540 (MKV)**

       -against-                                **ORDER**

ENASCOR, LLC et al.,

                        Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

    For the reasons stated at the conferences held on October 5, October 13, and November 3, 2022, the discovery dispute at ECF No. 73 has been resolved.

                    **SO ORDERED.**

DATED:    New York, New York
               November 3, 2022

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge