UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BREVET HOLDINGS, LLC et al.,

                           Plaintiffs,                        **21-CV-1540 (MKV)**

       -against-                                        **ORDER**

ENASCOR, LLC et al.,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On February 16, 2023, the Court held a conference to discuss the discovery dispute raised by the parties at ECF No. 104. For the reasons stated at the conference, Brevet is permitted to serve third-party discovery requests on: UMFIA; Arena Investors LP; Stonehaven International, Inc.; Stonehaven, LLC; Articon Capital LLC; and Ironside Capital.

**SO ORDERED.**

DATED:     New York, New York
               February 16, 2023

                                                               _____
                                                                VALERIE FIGUEREDO
                                                                 United States Magistrate Judge