UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BREVET HOLDINGS, LLC et al.,

                Plaintiffs,                        21-CV-1540 (MKV) (VF)

      -against-                     **ORDER SCHEDULING**
                                                  **CONFERENCE**

ENASCOR, LLC et al.,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A conference in this matter is hereby scheduled for **Thursday, October 26, 2023, at 10:15 a.m.** At the conference, the Court will address the pending motions to seal in this matter and in the related matter, <u>Iacovacci v. Brevet Holdings, LLC</u> (Case No. 18-cv-8048). Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

        **SO ORDERED.**

DATED:    New York, New York
                October 16, 2023

                                                                      _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge