UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BREVET HOLDINGS, LLC et al.,

                        Plaintiffs,                      21-CV-1540 (MKV) (VF)

        -against-                                    **ORDER**

ENASCOR, LLC et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On October 26, 2023, the Court held a conference to address the pending sealing motions in this matter. For the reasons discussed at the conference, the motions at ECF Nos. 120, 143, 157, 160, 174, 185, 188 are granted in part, and denied in part; the motions at ECF Nos. 177 and 200 are denied in their entirety; and the motions at ECF Nos. 135, 138, 173, 179 are granted in their entirety. To the extent Brevet seeks to seal material that is publicly available in the related state-court action, those requests are denied for the reasons articulated at ECF No. 389 in <u>Iacovacci v. Brevet Holdings LLC et al</u>, Case No. 18-CV-8048.

The Clerk of Court is directed to maintain the following documents under seal:

- ECF No. 131.

- ECF Nos. 145-21, 145-25, 145-28 through 145-31, 145-43, 145-49, 145-50, 145-54, and 145-56 through 145-58.

- ECF Nos. 147-1, through 147-7, 147-10, 147-19, 147-23 through 147-25, 147-27, through 147-29, 147-32 through 147-36, 147-37, and 147-40, through 147-43.

- ECF Nos. 164-1 through 164-8, and 164-10 through 164-24.

- ECF Nos. 169-1 through 169-3, 169-7, 169-52 through 169-54, 169-57, and 169-58.

- ECF Nos. 170-1 through 170-30.

- ECF No. 176-2, 176-3, 176-5, 176-8 through 176-12, and 176-14.
- ECF Nos. 178-4 through 178-6.
- ECF Nos. 180, and 180-1 through 180-3.
- ECF No. 182.
- ECF No. 190-1.
- ECF No. 193.

The Clerk of Court is directed to unseal the following documents:

- ECF No. 123-1.
- ECF Nos. 147-1 through 147-16, 147-18, 147-20 through 22, 147-26, 147-31, 147-38, 147-40, 147-44.
- ECF Nos. 145-1 through 145-19, 145-22 through 145-27, 145-29, 145-32 through 145-40, 145-42, 145-44, 145-45, 145-47, 145-48, and 145-52 through 145-55.
- ECF Nos. 176-1, 176-4, 176-6, 176-7, 176-13.
- ECF Nos. 178-1 through 178-4.
- ECF Nos. 164-9, 164-25, and 164-26.

The parties are directed to publicly file the following:

- A copy of ECF No. 131 with the material in green and yellow redacted.
- A copy of ECF No. 182 with the material highlighted in green and yellow redacted.
- A copy of ECF No. 193 with the material highlighted in green redacted.
- A copy of ECF No. 190-1 with the material highlighted in yellow redacted.
- Copies of ECF Nos. 180-1, 180-2, 180-2 with the material in yellow redacted.
- A copy of ECF No. 176-5 with page 5 redacted.

- Copies of ECF No. 169-1, 169-2, 169-7, 169-52, 169-53, 169-54, 169-57, 169-58 with the material in yellow redacted.

- Copies of ECF Nos. 164-1, 164-2, 164-3, 164-4, 164-5, 164-6, 164-7, 164-8, 164-10, 164-11, 164-12, 164-13, 164-14, 164-15, 164-16, 164-17, 164-18, 164-19, 164-20, 164-21, 164-22, 164-23, 164-24 with the material highlighted in yellow redacted.

- Copies of ECF Nos. 145-21, 145-25, 145-28, 145-29, 145-30, 145-31, 145-43, 145-49, 145-50, 145-54, 145-56, 145-57 and 145-58 with the material highlighted in yellow redacted.

The Clerk of Court is directed to terminate the motions at ECF Nos. 120, 135, 138, 143, 157, 160, 173, 174, 177, 179, 185, 188, and 200.

**SO ORDERED.**

DATED:   New York, New York
         October 30, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge