UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
BREVET HOLDINGS, LLC, BREVET SHORT DURATION PARTNERS, LLC, f/k/a Brevet Capital Partners III, LLC, BREVET SHORT DURATION HOLDINGS, LLC, f/k/a Brevet Capital Holdings III, LLC, BREVET CAPITAL MANAGEMENT, LLC,

        Plaintiffs-Counterclaim Defendants,        1:21-cv-01540-MKV-VF

        -against-        **STIPULATION OF DISMISSAL WITH PREJUDICE**

ENASCOR, LLC, d/b/a Enascor Capital Management, and PAUL IACOVACCI,

        Defendants-Counterclaim Plaintiffs.
----------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs-Counterclaim Defendants and Defendants-Counterclaim Plaintiffs, by and through their undersigned counsel, hereby stipulate that the above-captioned action, and all claims and counterclaims asserted therein, shall be and hereby is and are dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees. This stipulation may be executed in counterparts and PDF or facsimile counterparts shall have the same effect as an original.

| | |
|---|---|
| Dated: January 30, 2024 | Dated: January 30, 2024 |
| CYRULNIK FATTARUSO LLP | REED SMITH LLP |
| By: */s/ Jason Cyrulnik* | By: */s/ Louis M. Solomon* |
| Jason Cyrulnik | Louis M. Solomon |
| Paul Fattaruso | Colin A. Underwood |
| Ian M. Dumain | Traci S. Rea |
| Adina Levine | 599 Lexington Avenue |
| Mary Kate George | New York, NY 10022 |
| 55 Broadway, Third Floor | (212) 549-0400 |
| New York, NY 10006 | *Attorneys for Plaintiffs-Counterclaim Defendants* |
| (646) 844-2466 | |
| *Attorneys for Defendants-Counterclaim Plaintiffs* | |