UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BREVET HOLDINGS, LLC, BREVET SHORT DURATION PARTNERS, LLC, f/k/a Brevet Capital Partners III, LLC, BREVET SHORT DURATION HOLDINGS, LLC, f/k/a Brevet Capital Holdings III, LLC, BREVET CAPITAL MANAGEMENT, LLC,

        Plaintiffs-Counterclaim Defendants,

-against-

ENASCOR, LLC, d/b/a Enascor Capital Management, and PAUL IACOVACCI,

        Defendants-Counterclaim Plaintiffs.
-------------------------------------------------------------------x

1:21-cv-01540-MKV-VF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs-Counterclaim Defendants and Defendants-Counterclaim Plaintiffs, by and through their undersigned counsel, hereby stipulate that the above-captioned action, and all claims and counterclaims asserted therein, shall be and hereby is and are dismissed with prejudice. Each party shall bear its own costs, expenses and attorneys' fees. This stipulation may be executed in counterparts and PDF or facsimile counterparts shall have the same effect as an original.

Dated: January 31, 2024

CYRULNIK FATTARUSO LLP

By: _____
Jason Cyrulnik
Paul Fattaruso
Ian M. Dumain
Adina Levine
Mary Kate George
55 Broadway, Third Floor
New York, NY 10006
(646) 844-2466
*Attorneys for Defendants-Counterclaim Plaintiffs*

Dated: January 31, 2024

REED SMITH LLP

By: _____
Louis M. Solomon
Colin A. Underwood
Traci S. Rea
599 Lexington Avenue
New York, NY 10022
(212) 549-0400
*Attorneys for Plaintiffs-Counterclaim Defendants*